■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD McGEE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Suffolk County (D'Amaro, J.), rendered March 31, 1983, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed (see, People v Clairborne, 29 NY2d 950; People v Perkins, 89 AD2d 956). Thompson, J. P., O'Connor, Rubin and Kunzeman, JJ., concur.